IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JERRY GLENN TRAMEL,

    Plaintiff,

vs.                                    CASE NO. 5:09cv149/RS-MD

STANLEY PEACOCK, Assistant State
Attorney,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 4). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).because of failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on June 1, 2009.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**